AO 245S Modified (3/90) Sheet 1 - Judgment Including Sentence Under the Sentencing Reform Act

**UNITED STATES DISTRICT COURT**
___Eastern___ District of ___California___

UNITED STATES OF AMERICA

JUDGMENT

V.

Case Number: 6:07-mj-00020-WMW

Lucky Drees

Stephen Betz, A.F.D.
Defendant's Attorney

*THE DEFENDANT:*

[X]     Pleaded guilty to counts ONE

*Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:*

| Title & Section | Nature of Offense | Count Number(s) | Date of Offense |
|---|---|---|---|
| 36 CFR 4.2 CVC 14601 | Driving While License Suspended | One | 10/14/2006 |

*The defendant is sentenced as provided in pages 2 through 2 of this Judgment.*

*It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.*

*Defendant's Soc. Sec. Number:*
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

February 13, 2007
*Date of Imposition of Sentence*

*Defendant's mailing address:*

*Signature of Judicial Officer*

Lemoore, CA 93245

William M. Wunderlich
U.S. Magistrate Judge
*Name and Title of Judicial Officer*

*Defendant's residence address:*

Lemoore, CA 93245

*Date:*

*Judgment--Page* 2 *of* 2

*Defendant:* Lucky Drees
*Case Number:* 6:07-mj-00020-WMW

## PROBATION

*The defendant is hereby placed on unsupervised probation for a term of:*

12 Months.

*While on probation, the defendant shall not commit another federal, state, or local crime and shall not illegally possess controlled substances. The defendant shall comply with the following additional conditions:*

*1. Serve 8 days custody pursuant to 18 USC 3563(b)(10). Defendant is ordered to report to the institution designated by the Bureau of Prisons, and failing a designation, to the U.S. Marshal's Office, Fresno, California, by 2:00 p.m. on April 13, 2007. The Court recommends that the defendant be placed in facility in or near Kings County, CA. The court also recommends that defendant be allowed to serve custody on weekends.*

*2. The defendant shall pay a fine total of $1190 and a penalty assessment of $10.00 for a total of $1200 Bail posted in the amount of $650 shall be applied to fine. Remaining $550.00 shall be paid in payments of $50 per month, commencing on 3/13/2007 and due on the 13th of each month until paid in full. Payments shall be forwarded to The Clerk's Office, 501 "I" St. Sacramento, CA 95814-2322.*

*3. The defendant shall not drive a vehicle unless the vehicle is properly insured and registered.*

*4. The defendant shall no drive a vehicle with out a valid driver's license.*